```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13036
    CHARLES TODD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-4970


--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/12/2006 and was confirmed 12/18/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/23/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
 OPTION ONE MORTGAGE       CURRENT MORTG           .00             .00            .00
 OPTION ONE MORTGAGE       MORTGAGE ARRE       3444.81             .00        3444.81
 CITY OF CHICAGO DEPT OF   SECURED              415.06             .00          97.12
 CITY OF CHICAGO PARKING   UNSECURED            240.00             .00            .00
 US DEPT OF EDUCATION      SPECIAL CLASS       6007.89             .00            .00
 DIRECT MERCHANTS BANK     UNSECURED         NOT FILED             .00            .00
 ECAST SETTLEMENT CORP     UNSECURED           1169.60             .00            .00
 ILLINOIS DEPT OF EMPL0YM  UNSECURED            614.00             .00            .00
 PEOPLES GAS LIGHT & COKE  UNSECURED            577.56             .00            .00
 DEPT OF WATER             SECURED                 .00             .00            .00
 ROBERT N HONIG            DEBTOR ATTY        1,250.00                        1,250.00
 TOM VAUGHN                TRUSTEE                                              323.10
 DEBTOR REFUND             REFUND                                                14.97

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                5,130.00

 PRIORITY                                            .00
 SECURED                                         3,541.93
 UNSECURED                                           .00
 ADMINISTRATIVE                                  1,250.00
 TRUSTEE COMPENSATION                              323.10
 DEBTOR REFUND                                      14.97
                       --------------      --------------
 TOTALS                 5,130.00                 5,130.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 13036 CHARLES TODD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 13036 CHARLES TODD